IN THE COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO: 2:22-cr-139 |
| | ) | |
| | ) | |
| -v- | ) | **MOTION FOR DETENTION HEARING** |
| | ) | |
| KENNETH ROGER BROWN | ) | |
| | ) | |

NOW COMES the Defendant, KENNETH ROGER BROWN, and moves this Honorable

Court for a detention hearing based on the following:

1. Defendant waived a detention hearing on Febuary 25, 2022, with leave to have re-set.

2. Defendant is informed and believes he can post a $150,000.00 bond with surety.

3. The Defendant has significant ties to the community and is employed.

4. The Defendant requests his detention hearing be reset.

WHEREFORE, Defendant prays that his detention hearing be set as outlined above.


Respectfully submitted,

s/Mark R. Calhoun____
Calhoun Law Firm, P.A.
37 Broad Street
Charleston, SC 29401
(843) 991-5631


March 2, 2022