UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| -versus- | ) CRIMINAL NO.: 2:22-cr-139 |
| | ) |
| FREDRICK WENDELL MCCRAY, | ) |
| | ) MOTION FOR BILL OF PARTICULARS |
| Defendant. | ) |

COMES NOW the Defendant, Fredrick Wendell McCray by and through his undersigned attorney, Abigail B. Walsh, who respectfully moves the Court, pursuant to Rule 7(f) of the Federal Rules of Criminal Procedure, that the Government be ordered to more particularly state the facts requested herein:

As to the Criminal Complaint, the Defendant hereby moves that the Government more particularly state:

a. List the names of all un-arrested co-conspirators presently known to the Government and their addresses at the time of their alleged participation in the alleged conspiracy.

b. With regard to each co-conspirator referred to in the Criminal Complaint, state:

   a) The acts performed by each unindicted co-conspirator in furtherance of the alleged conspiracy, including the time and place of each such act.

   b) The substance of any statements made by each un-arrested co-

conspirator in furtherance of the alleged conspiracy, including the time and place of each statement(s), the person or persons to whom each statement was communicated, whether such statement was oral or written and the person or persons in whose presence the statement(s) was made.

        c)        The date on which each un-arrested co-conspirator joined the alleged conspiracy.

    c.        Identify the specific quantity of marijuana which was the subject of the alleged conspiracy including:

        a)        Method and means of proposed delivery of said marijuana;

        b)        Time and date of proposed delivery of said marijuana;

        c)        Place of proposed delivery of said marijuana;

        d)        Person(s) responsible for the proposed delivery of said marijuana;

        e)        Person(s) responsible for the receipt of said marijuana; and

        f)        Person(s) having actual or constructive possession of said marijuana and amount thereof.

    d.        Identify the specific price of the marijuana which was the subject of the conspiracy including:

        a)        Method and means of payment for said marijuana;

        b)        Person(s) having actual or constructive possession of said marijuana;

        c)        Person(s) responsible for delivery of said money;

        d)        Person(s) responsible for receipt of said money;

        e)        Time, date and place of all above financial transactions;

    f)  Location, date and time of seizures of any and all currencies and exact amounts thereof obtained during the investigation of the alleged conspiracy.

  e.  Identify the specific quantity of heroin which was the subject of the alleged conspiracy including:

    a)  Method and means of proposed delivery of said heroin;

    b)  Time and date of proposed delivery of said heroin;

    c)  Place of proposed delivery of said heroin;

    d)  Person(s) responsible for the proposed delivery of said heroin;

    e)  Person(s) responsible for the receipt of said heroin; and

    f)  Person(s) having actual or constructive possession of said heroin and amount thereof.

  f.  Identify the specific price of the heroin which was the subject of the conspiracy including:

    a)  Method and means of payment for said heroin;

    b)  Person(s) having actual or constructive possession of said heroin;

    c)  Person(s) responsible for delivery of said money;

    d)  Person(s) responsible for receipt of said money;

    e)  Time, date and place of all above financial transactions;

    f)  Location, date and time of seizures of any and all currencies and exact amounts thereof obtained during the investigation of the alleged conspiracy.

  g.  Identify the specific quantity of cocaine which was the subject of the alleged conspiracy including:

    a)  Method and means of proposed delivery of said cocaine;

    b) Time and date of proposed delivery of said cocaine;

    c) Place of proposed delivery of said cocaine;

    d) Person(s) responsible for the proposed delivery of said cocaine;

    e) Person(s) responsible for the receipt of said cocaine; and

    f) Person(s) having actual or constructive possession of said cocaine and amount thereof.

  h. Identify the specific price of the cocaine which was the subject of the conspiracy including:

    a) Method and means of payment for said cocaine;

    b) Person(s) having actual or constructive possession of said cocaine;

    c) Person(s) responsible for delivery of said money;

    d) Person(s) responsible for receipt of said money;

    e) Time, date and place of all above financial transactions;

    f) Location, date and time of seizures of any and all currencies and exact amounts thereof obtained during the investigation of the alleged conspiracy.

  i. Identify the specific quantity of cocaine base which was the subject of the alleged conspiracy including:

    a) Method and means of proposed delivery of said cocaine base;

    b) Time and date of proposed delivery of said cocaine base;

    c) Place of proposed delivery of said cocaine base;

    d) Person(s) responsible for the proposed delivery of said cocaine base;

    e) Person(s) responsible for the receipt of said cocaine base; and

    f)  Person(s) having actual or constructive possession of said cocaine base and amount thereof.

  j.  Identify the specific price of the cocaine base which was the subject of the conspiracy including:

    a)  Method and means of payment for said cocaine base;

    b)  Person(s) having actual or constructive possession of said cocaine base;

    c)  Person(s) responsible for delivery of said money;

    d)  Person(s) responsible for receipt of said money;

    e)  Time, date and place of all above financial transactions;

    f)  Location, date and time of seizures of any and all currencies and exact amounts thereof obtained during the investigation of the alleged conspiracy.

  k.  Identify the specific quantity of methamphetamine which was the subject of the alleged conspiracy including:

    a)  Method and means of proposed delivery of said methamphetamine;

    b)  Time and date of proposed delivery of said methamphetamine;

    c)  Place of proposed delivery of said methamphetamine;

    d)  Person(s) responsible for the proposed delivery of said methamphetamine;

    e)  Person(s) responsible for the receipt of said methamphetamine; and

    f)  Person(s) having actual or constructive possession of said methamphetamine and amount thereof.

  l.  Identify the specific price of the methamphetamine which was the subject of the conspiracy including:

    a)  Method and means of payment for said methamphetamine;

      b)      Person(s) having actual or constructive possession of said methamphetamine;

      c)      Person(s) responsible for delivery of said money;

      d)      Person(s) responsible for receipt of said money;

      e)      Time, date and place of all above financial transactions;

      f)      Location, date and time of seizures of any and all currencies and exact amounts thereof obtained during the investigation of the alleged conspiracy.

m.    State:

      a)      The date and place that each Defendant joined the alleged conspiracy.

      b)      Which Defendant the Government will contend initiated or arranged the alleged conspiracy?

      c)      The date, place and act by which each Defendant and each un-arrested co-conspirator joined the alleged conspiracy.

      d)      The date and place of each Overt Act committed by each, in furtherance of the alleged conspiracy, and the parties or persons present.

      e)      The date and place each of the above, and any other Defendants or un-arrested co-conspirators terminated participation in the alleged conspiracy.

n.    State:

      a)      Each date and event upon which the Government intends to rely in its proof of the alleged conspiracy.

      b)      The date of the earliest documented evidence which the Government claims will connect or tend to connect each Defendant and un-arrested coconspirator with the alleged conspiracy.

WHEREFORE, the Defendant respectfully requests this Honorable Court to enter an Order in accordance with this Motion for Bill of Particulars and the specific facts requested herein.

        Respectfully submitted,

        WILLIAMS & WALSH, LLC
        652 Rutledge Ave., Unit B
        Charleston, SC 29403
        Tel: 843-722-0157
        Fax: 843-762-2198
        abigail@williamsandwalshlaw.com

        *s/Abigail B. Walsh*
        Abigail B. Walsh (Fed. ID #09528)
        ***Attorney for Defendant***

Charleston, South Carolina
March 2, 2022