IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 2:22-cr-139-BHH |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **TRAVIS WRIGHT** | ) | |
| | ) | |

The Government's Motion to dismiss Count 1 and Count 19 of the Indictment as to the above-captioned defendant **TRAVIS WRIGHT** is hereby granted, and it is ordered and decreed that the Indictment in 2:22-cr-139 against **TRAVIS WRIGHT** be dismissed, and the same is hereby dismissed without prejudice.

s/ Bruce Howe Hendricks
Bruce Howe Hendricks
United States District Judge

March 9, 2022
Charleston, South Carolina