AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__UNITED STATES__ District of __SOUTH CAROLINA__

UNTIED STATES

Plaintiff (s),

V.

LAJUSTIN WILLIAMS

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: __2:22-cr-00139-BHH__

Notice is hereby given that, subject to approval by the court, __LaJustin Williams__ substitutes
(Party (s) Name)

__David F. Aylor__, State Bar No. __74974__ as counsel of record in
(Name of New Attorney)

place of __Donna K. Taylor__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

- Firm Name: David Aylor Law Offices
- Address: 24 Broad Street Charleston, SC 29401
- Telephone: (843) 744-4444    Facsimile (843) 577-9204
- E-Mail (Optional): david@davidaylor.com

I consent to the above substitution.
Date: 3/22/22

_w/ permission_
(Signature of Party (s))

I consent to being substituted.
Date: 3/22/22

(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 3/22/22

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____   _____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]