UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| -versus- ) | CRIMINAL NO.: 2:22-cr-139 |
| ) | |
| FREDRICK WENDELL MCCRAY, ) | **MOTION TO WITHDRAW AS** |
| ) | **COUNSEL AND APPOINT NEW** |
| Defendant. ) | **COUNSEL PURSUANT TO THE** |
| | **CRIMINAL JUSTICE ACT** |

The undersigned hereby respectfully moves for an Order withdrawing her as counsel and appointing Christopher L. Murphy, Esquire as new counsel pursuant to the Criminal Justice Act for the Defendant, Fredrick Wendell McCray, in the above-entitled matter.

Respectfully submitted,

WILLIAMS & WALSH, LLC
652 Rutledge Ave., Unit B
Charleston, SC 29403
Tel: 843-722-0157
Fax: 843-762-2198
abigail@williamsandwalshlaw.com

*s/Abigail B. Walsh*
Abigail B. Walsh (Fed. ID #09528)
***Attorney for Defendant***

Charleston, South Carolina
March 29, 2022