IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | ) | Criminal Case No.: 2:22-CR-00139-BHH |
| | ) | |
| -versus- | ) | |
| | ) | |
| LAJUSTIN X. WILLIAMS | ) | |
| | ) | |
| Defendant | ) | **MOTION TO SET BOND** |
| | ) | |
| | ) | |

The defendant, LAJUSTIN X. WILLIAMS by and through his undersigned attorney, hereby request, subject to approval by the court, on such date and at such time as the court may provide, for a bond setting in the above captioned case.

                                                Respectfully submitted,

                                                *s/David Aylor*
                                                DAVID AYLOR
                                                Attorney for Defendant
                                                24 Broad Street
                                                Charleston, SC 29401
                                                843/577-5530
                                                Federal Bar No. 74974
                                                david@davidaylor.com

May 18, 2022
Charleston, South Carolina