IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO: 2:22-CR-00139-BHH |
| | ) | |
| -versus- | ) | |
| | ) | |
| | ) | **NOTICE TO WITHDRAW BOND HEARING** |
| LAJUSTIN X. WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

PLEASE TAKE NOTICE The undersigned attorney hereby respectfully moves to withdraw his request for a Bond Hearing for the Defendant, LAJUSTIN X. WILLIAMS,. This Bond Hearing was scheduled for May 25, 2022 at 10:00 a.m.

RESPECTFULLY SUBMITTED,

*s/David Aylor*
DAVID AYLOR
Attorney for Defendant
24 Broad Street
Charleston, SC 29401
843/744-4444
david@davidaylor.com

Charleston, South Carolina

May 23, 2022.