IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| UNITED STATES OF AMERICA | ) | CRIMINAL NO: 2:22-CR-00139-BHH |
|---|---|---|
| -versus- | ) | |
| | ) | **NOTICE OF REPRESENTATION** |
| LAJUSTIN X. WILLIAMS, | ) | |
| Defendant. | ) | |

PLEASE TAKE NOTICE, that the undersigned has been retained by and appears for the Defendant, LAJUSTIN X. WILLIAMS., in the above-entitled action, and hereby requests that copies of all papers in this action be served on him at the address set forth below.

RESPECTFULLY SUBMITTED,

*s/DEON TEDDER*
DEON TEDDER
Attorney for Defendant
24 Broad Street
Charleston, SC 29401
843/744-4444
deon@davidaylor.com

Charleston, South Carolina

June 16, 2022.