IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| UNITED STATES OF AMERICA | ) | CASE NO: **2:22-CR-00139-BHH** |
|---|---|---|
| -versus- | ) | |
| | ) | **MOTION FOR CONTINUANCE** |
| LAJUSTIN X. WILLIAMS, | ) | |
| Defendant. | ) | |

The Defendant, LAJUSTIN X. WILLIAMS, by and through his undersigned attorney, respectfully moves to continue the Pre-Trial hearing and Change of Plea Hearing scheduled before this Honorable Court on Monday, June 27, 2022 at 10:00 a.m. and 10:30a.m. until a later term of Court.

Defense counsel has consulted with the Government, and they consent to this request. The Defendant consents to this continuance and waives his right to a speedy trial in regards to this continuance request.

For the above stated reason, counsel respectfully requests the Court to continue the above referenced hearing.

RESPECTFULLY SUBMITTED,

*s/David Aylor*
DAVID AYLOR
Attorney for Defendant
24 Broad Street
Charleston, SC 29401
843/744-4444
david@davidaylor.com

Charleston, South Carolina

June 23, 2022.