IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Docket No.: 2:22-CR-139 |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | **MOTION** |
| | ) | |
| TYRONE LEONARD COX | ) | |
| _____ | ) | |

Comes now the Defendant, TYRONE LEONARD COX, by and through undersigned counsel, has been moved from the Al Cannon Detention Center to the Barnwell County Detention Center. The Defendant has been in "lockdown" since his arrival at the Barnwell County Detention Center. Counsel for the Defendant has inquired of the United States Attorney, Allesandra Stewart, as to the reason he is in "lockdown"; however, she has failed and refuses to provide that information. It is cruel and unusual for this inmate to be in "lockdown". Counsel for the Defendant respectfully asks this Court to require the United States Attorney, Allesandra Stewart, to advise Counsel as to why their client is in "lockdown".

Respectfully Submitted,

URICCHIO, HOWE, KRELL, JACOBSON,
TOPOREK & KEITH, P.A.

S/ Alan D. Toporek
ALAN D. TOPOREK (Fed. ID #4127)

S/ Barry Krell
BARRY KRELL (Fed ID #2398
17 ½ Broad Street, Post Office Box 399
Charleston, South Carolina 29402
ATTORNEYS FOR DEFENDANT,
TYRONE LEONARD COX

Charleston, South Carolina

November 23, 2022