IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Number: 2:22-CR-139 (BHH) |
| | ) | |
| -versus- | ) | |
| | ) | **Government's Response to Defendant** |
| **TYRONE COX** | ) | **Cox's Motion for a Hearing** |
| | ) | |

Comes now the United States of America, by and through its Assistant United States Attorney Allessandra Stewart, respectfully moving this Court to dismiss Defendant Tyrone Cox's Motion as moot.

On October 4, 2022, the government sought an ex parte order to limit Defendant Cox's communications in the jail based on information that the Defendant participated in the intimidation of at least one defendant alleged to be cooperator, as well as compromised other active investigations by sharing restricted access discovery with unindicted coconspirators.

On November 23, 2022, Cox, through his counsel, requested a hearing to address the additional restrictions that had been placed on him since being moved to Barnwell County Detention Center, and receive additional information as to the reasons for these restrictions.

The government plans to produce additional discovery in advance of Cox's sentencing that provides further information as to why these protective measures were sought. Simultaneous with filing this response, the government also has requested that this Court lift these additional restrictions as they apply to Cox while he awaits sentencing. As such, the government submits that a hearing is no longer necessary to address an order that the Government now has moved to vacate.

Respectfully submitted,

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: s/ *Allessandra Stewart*
Allessandra Stewart (Federal ID #19262)
Assistant United States Attorney
151 Meeting Street, Suite 200
Charleston, South Carolina, 29401
Tel. 843-460-2662
allessandra.stewart@usdoj.gov

December 21, 2022