IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case Number: 2:22-cr-139 (BHH) |
| | ) | |
| -vs- | ) | |
| | ) | |
| EARL ALLEN III, | ) | |
| a/k/a "Little E" a/k/a "E-Money" | | |

### GOVERNMENT'S MOTION TO UNSEAL SUPERSEDING INDICTMENT

COMES NOW, the United States of America, by and through its undersigned counsel, and moves this Honorable Court to unseal the above referenced Superseding Indictment as to this defendant, EARL ALLEN III. EARL ALLEN III has been apprehended by federal authorities is scheduled to make an initial appearance in United States District Court in the Middle District of Georgia. The Superseding Indictment previously was unsealed as to all other co-defendants in this case. Because EARL ALLEN III is now in federal custody, we respectfully request that the Court unseal the above referenced Superseding Indictment as to EARL ALLEN III.

Respectfully Submitted,

ADAIR F. BUROUGHS
UNITED STATES ATTORNEY

By: /s/ *Allessandra Stewart*
Allessandra Stewart (#19262)
Assistant United States Attorney
151 Meeting Street, Suite 200
Charleston, SC 29401
Tel.: (843) 727-4381
Fax: (843) 727-4443
Email: Allessandra.Stewart@usdoj.gov

Charleston, SC
March 17, 2023