IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case Number: 2:22-cr-139 (BHH) |
| | ) |
| -vs- | ) |
| | ) |
| EARL ALLEN III, | ) |
| a/k/a "Little E" a/k/a "E-Money" | ) |

**ORDER**

Upon consideration of the Government's Motion, on this 17th day of March 2023, it is hereby ORDERED that the above referenced Superseding Indictment as to EARL ALLEN III be unsealed.

_____
HONORABLE MOLLY H. CHERRY
UNITED STATES MAGISTRATE JUDGE

March 17, 2023
Charleston, South Carolina