IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

UNITED STATES OF AMERICA

vs.                                                          CR. NO.: 2:22-CR-00139-BHH-15

ANGEL JOAQUIN DANIEL FLORES

PLEA

The defendant, <u>Angel Joaquin Daniel Flores</u>, having withdrawn his plea of Not Guilty entered <u>September 7, 2023</u> pleads **GUILTY** to Count(s) ___1___ of the Indictment after arraignment in open court.

_____
Defendant

October _30_, 2024
Charleston, South Carolina